# Supreme Court of Florida

———————

No. SC15-725

———————

**DANIEL STAHL,**
Petitioner,

vs.

**HIALEAH HOSPITAL, et al.,**
Respondents.

[April 28, 2016]

PER CURIAM.

We initially accepted jurisdiction pursuant to article V, section 3(b)(3), of

the Florida Constitution, to review the decision in Stahl v. Hialeah Hospital, 160

So. 3d 519 (Fla. 1st DCA 2015), in which the First District Court of Appeal

declared certain provisions of chapter 440, Florida Statutes, to be valid. After

further consideration and hearing oral argument in this case, we have determined

that we should exercise our discretion and discharge jurisdiction. Accordingly, we

dismiss review.

It is so ordered.

LABARGA, C.J., and PARIENTE, LEWIS, QUINCE, CANADY, POLSTON,
and PERRY, JJ., concur.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal - Statutory Validity

     First District - Case No. 1D14-3077

Mark Lawrence Zientz of the Law Office of Mark L. Zientz, P.A., Miami, Florida,

     for Petitioner

Kenneth Bradley Bell of Gunster, Yoakley & Stewart, P.A., Tallahassee, Florida; and Kimberly Anne Johnson of Kelley Kronenberg, P.A., Tallahassee, Florida,

     for Respondents

Gerald Arthur Rosenthal of Rosenthal, Levy, Simon & Ryles, West Palm Beach, Florida,

     for Amicus Curiae Workers' Injury Law & Advocacy Group

Richard Anthony Sicking and Mark Anthony Touby of Touby, Chait & Sicking, P.L., Coral Gables, Florida,

     for Amicus Curiae Florida Professional Firefighters, Inc.

Kimberly Ann Hill of Kimberly A. Hill, P.L., Fort Lauderdale, Florida,

     for Amicus Curiae Voices, Inc.

William J. McCabe, Longwood, Florida,

     for Amicus Curiae Florida Workers' Advocates

Louis Paul Pfeffer, Jupiter, Florida,

     for Amicus Curiae National Employment Lawyers Association, Florida Chapter

Michael Jason Winer of the Law Office of Michael J. Winer, P.A., Tampa, Florida,

for Amicus Curiae Florida Justice Association

Geoffrey Bichler of Bichler, Kelley, Oliver & Longo, PLLC, Maitland, Florida,

for Amici Curiae Police Benevolent Association, Fraternal Order of Police, International Union of Police Associations, AFL-CIO, and Florida Association of State Troopers

Rayford Huxford Taylor of Gilson Athans P.C., Atlanta, Georgia,

for Amici Curiae Florida Insurance Council, American Insurance Association, National Association of Mutual Insurance Companies, and Property Casualty Insurers Association of America

James Newton McConnaughhay and David Anthony McCranie of McConnaughhay, Coonrod, Pope, Weaver, Stern & Thomas P.A., Tallahassee, Florida,

for Amici Curiae Associated Industries of Florida, Florida Roofing, Sheet Metal and Air Conditioning Contractors Association, The Florida Retail Federation, The National Federation of Independent Business, The Florida United Businesses Association, Inc., and the Florida League of Cities

William Harris Rogner, Winter Park, Florida,

for Amici Curiae The Florida Association of Insurance Agents and American Association of Independent Claims Professionals

Katherine Eastmoore Giddings and Diane G. DeWolf of Akerman LLP, Tallahassee, Florida; Roy Carroll Young of Young, van Assenderp & Qualls, P.A., Tallahassee, Florida; and William Wells Large, Florida Justice Reform Institute, Tallahassee, Florida,

for Amici Curiae Florida Justice Reform Institute and Florida Chamber of Commerce

Pamela Jo Bondi, Attorney General, Allen C. Winsor, Solicitor General, Jordan E. Pratt, Deputy Solicitor General, and Rachel Erin Nordby, Deputy Solicitor General, Tallahassee, Florida,

   for Amicus Curiae State of Florida